*United States District Court for the Northern District of Illinois*

Case Number:                         Assigned/Issued By:

Judge Name: CASTILLO           Designated Magistrate Judge: VALDEZ

**FEE INFORMATION**

*Amount Due:*    ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

**ISSUANCES**

☐ Summons                        ☐ Alias Summons

☐ Third Party Summons         ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____

(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____

(Type of Writ)

_____Original and _____ copies on _____ as to _____

(Date)

_____

_____