UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

The Hotel Employees and Restaurant Employees
International Union Welfare Fund, et al.

Plaintiff,

v.

Case No.:
1:08−cv−02817
Honorable Ruben Castillo

3901 Atlantic Corp., et al.

Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2008:

MINUTE entry before the Honorable Ruben Castillo:Parties to file a joint status report on or before 7/11/2008. Status hearing set for 7/16/2008 at 9:45 AM. The Court's review of the complaint indicates that is is appropriate to give this case expedited treatment. The parties are authorized to proceed with all discovery. All discovery to be completed on or before 9/30/2008. This case is subject to be called for trial anytime after 9/30/2008 upon a five business days notice. A final pretrial order will be waived. Plaintiffs are requested to serve the complaint in a manner to adhere to the expedited schedule. Plaintiffs are also ordered to make a disclosure pursuant to Fed.R.Civ.P. 26(a)(1) to defendants by 6/27/2008. The parties are ordered to fully exhaust all settlement possibilities prior to the first status hearing.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.