IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, *et al.*, ) ) ) ) Plaintiffs, ) ) vs. ) ) 3901 ATLANTIC CORP., a revoked New Jersey corporation, d/b/a O'GRADY'S RESTAURANT & CATERING CORP., a/k/a O'GRADY'S PUB, and TOM O'GRADY, an individual, ) ) ) ) ) Defendants. ) | CIVIL ACTION NO. 08C 2817 JUDGE RUBEN CASTILLO |

**NOTICE OF DISMISSAL OF**
**DEFENDANT TOM O'GRADY**

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(i), Federal Rules of Civil Procedure, hereby dismiss Defendant, Tom O'Grady, without prejudice to the rights of Plaintiffs.

/s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.:  6210637
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\O'Grady's\notice of dismissal of tom o'grady.lmf.df.wpd

## **CERTIFICATE OF SERVICE**

   The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Dismissal of Defendant Tom O'Grady) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 26th day of June 2008:

      Mr. Edward M. Thompson
      Callaghan, Thompson & Thompson, PC
      2428 Atlantic Avenue
      Atlantic City, NJ   08401

      Mr. Harry Grabel, Registered Agent/President
      3901 Atlantic Corp., d/b/a O'Grady's Restaurant & Catering Corp.
      115 N. Osborne Avenue
      Margate, NJ   08402

      Mr. Harry Grabel, Registered Agent/President
      3901 Atlantic Corp., d/b/a O'Grady's Restaurant & Catering Corp.
      3901 Atlantic Avenue
      Atlantic City, NJ   08401


              /s/   Laura M. Finnegan


Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\O'Grady's\notice of dismissal of tom o'grady.lmf.df.wpd