## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2817 | **DATE** | 6/26/2008 |
| **CASE TITLE** | The Hotel Employees and Restaurant Employees Int'l. Union vs. 3901 Atlantic Corp., et al. | | |

**DOCKET ENTRY TEXT**

Defendant Tom O'Grady is hereby dismissed without prejudice pursuant to the Notice of Dismissal filed by Plaintiffs on 6/26/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|