## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

The Hotel Employees and Restaurant Employees
International Union Welfare Fund, et al.

Plaintiff,

v.

Case No.:
1:08−cv−02817

Honorable Ruben
Castillo

3901 Atlantic Corp., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

        MINUTE entry before the Honorable Ruben Castillo:Status hearing held on
7/16/2008 and continued to 8/19/2008 at 9:45 AM. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.