UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

The Hotel Employees and Restaurant Employees
International Union Welfare Fund, et al.

Plaintiff,

v.

Case No.:
1:08−cv−02817

Honorable Ruben Castillo

3901 Atlantic Corp., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 8/19/2008. The Court hereby enters a default against defendant 3901 Atlantic Corp., d/b/a O'Grady's Restaurant & Catering Corp., a/k/a O'Grady's Pub for failure to timely appear, answer or otherwise plead to the complaint. The Court will retain jurisdiction to enter a judgment in a sum certain. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.